UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHS INC., a Minnesota corporation,<br><br>　　　　　　Defendant. | NO. 4:17-CV-5053-TOR<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

BEFORE THE COURT is the Parties' Stipulation for Order of Dismissal with Prejudice (ECF No. 6) and Plaintiff Pamela A. Baugher's Motion to Withdraw Complaint (ECF No. 5). The parties have stipulated that all of the claims against should be dismissed with prejudice and without an award of costs or attorney's fees to either party. The Parties Motion for Order of Dismissal With Prejudice (ECF No. 6) is **GRANTED** and Plaintiff's Motion to Withdraw Complaint (ECF No. 5) is **DENIED AS MOOT.**

//

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims against the Defendants are hereby **DISMISSED** with prejudice and without an award of costs or attorney's fees to either party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 8, 2017.



THOMAS O. RICE
Chief United States District Judge